LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California 95926
Telephone: 530-895-3252
Facsimile: 530-894-8244
Lhubbard@hubslaw.com

Attorneys for Plaintiff A. J. OLIVER

RICK BERGSTROM (CA SBN 169594)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California  92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
RBergstrom@mofo.com

Attorneys for Defendant MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>           Plaintiff,<br><br>     v.<br><br>ARIZONA SCAROB, INC. dba McDONALD'S 7554; McDONALD'S CORPORATION,<br><br>           Defendants. | Case No.   08 CV 0083 WQH (BLM)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

1  **PLEASE TAKE NOTICE** that plaintiff A.J. Oliver ("plaintiff") and defendant
2  McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing
3  defendant an extension of time in which to file a responsive pleading to plaintiffs' Complaint to
4  and including March 3, 2008.
5      Said extension of time is supported by good cause in that the additional time will permit
6  defendant to gather further evidence regarding plaintiffs' allegations.

7  Dated: February 11, 2008            DISABLED ADVOCACY GROUP, APLC

9                                                    s/Lynn Hubbard, III
                                                  Attorneys for Plaintiff
10                                                   A. J. Oliver
                                                  E-mail: lhubbard@hubslaw.com

12 Dated: February 11, 2008            MORRISON & FOERSTER

14                                                    s/Rick Bergstrom
                                                  Attorneys for Defendant
15                                                   McDonald's Corporation
                                                  E-mail: Rbergstrom@mofo.com