1   RICK BERGSTROM (CA SBN 169594)
    MORRISON & FOERSTER LLP
2   12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
3   Telephone: 858-720-5100
    Facsimile: 858-720-5125
4   RBergstrom@mofo.com

5   Attorneys for Defendant
    MCDONALD'S CORPORATION
6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11  A. J. OLIVER,                          Case No.    08 CV 0083 WQH (BLM)

12               Plaintiff,                 PROOF OF SERVICE

13          v.

14  ARIZONA SCAROB, INC. dba McDONALD'S
    7554; McDONALD'S CORPORATION,
15
                 Defendants.
16

17          I, Rick Bergstrom, declare:

18          I am employed in the City and County of San Diego, California.  I am over the age of 18

19  years and not a party to the within action.  My business address is 12531 High Bluff Drive, Suite

20  100, San Diego, CA  92130.

21          On February 11, 2008 I caused the following documents to be served:

22
            **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT**
23          **McDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO**
            **PLAINTIFFS' COMPLAINT**
24

25

26  **On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF**
    **system under the above-referenced case caption and number, including the parties**
27  **identified below.**

28

1    Lynn Hubbard, III
      Scottlynn J. Hubbard, IV
2    Disabled Advocacy Group APLC
      12 Williamsburg Lane
3    Chico, CA 95926
      Tel: 530-895-3252
4    Fax: 530-894-8244
      Attorneys for Plaintiff Chris Kohler
5
      **In the following manner:**
6
      _____(BY UNITED PARCEL SERVICE) I placed each such sealed envelope, to be collected at
7    Morrison & Foerster, San Diego, California, following ordinary business practices. I am familiar
      with the practice of Morrison & Foerster for collection and processing of overnight packages, said
8    practice being that in the ordinary course of business, overnight packages are picked up by a
      representative of that company to be sent that same day.
9
      _____(BY PERSONAL SERVICE) I caused such envelope to be personally served through
10   World Wide Attorney Service, whose address is 701 B Street, Suite 324, San Diego, CA 92101.
      Proof of personal service will be filed upon receipt.
11
      _____ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for
12   first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California,
      following ordinary business practices. I am familiar with the practice of Morrison & Foerster for
13   collection and processing of correspondence, said practice being that in the ordinary course of
      business, correspondence is deposited in the United States Postal Service the same day as it is
14   placed for collection. I am aware that on motion of the party served, service is presumed invalid
      if postal cancellation date or postage meter date is more than one day after date of deposit for
15   mailing in affidavit.
16   _____(BY FACSIMILE) Pursuant to agreement of counsel, I transmitted the above documents by
      facsimile to the referenced facsimile number(s).
17
      __X__(BY NOTICE OF ELECTRONIC FILING) I delivered a true copy of the above-
18   referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system,
      pursuant to the Court's Local Rules, to the addressee(s) listed above.
19
              I declare under penalty of perjury under the laws of the State of California that this
20   declaration was signed on February 11, 2008 at San Diego, California.
21                                                    s/Rick Bergstrom
22
23
24
25
26
27
28