| Attorney or Party without Attorney: <br> Law Offices Of: LYNN HUBBARD III <br> 12 WILLIAMSBURG LANE <br> Chico, CA 95926 <br> Telephone No: 530 895-3252    FAX No: 530 894-8244 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: <br> OLIVER v. McDONALD'S (CV) | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Southern District Of California | | |
| Plaintiff: A.J. OLIVER <br> Defendant: ARIZONA SCAROB, INC. dba McDONALD'S #7554 | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08 CV 0083 WQH BLM |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. Party served:              McDONALD'S CORPORATION
   b. Person served:           BECKY DeGEORGE, a person authorized to accept for the party in item 3.a..

4. Address where the party was served:   CSC-LAWYERS INCORPORATING SERVICE
   2730 Gateway Oaks Drive
   Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jan. 22, 2008 (2) at: 2:40PM

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jim Wardlow                                   d. **The Fee** for Service was:   $33.00
   **b. ALL PRO ATTORNEY SERVICES**                 e. I am: (3) registered California process server
   2410 FAIR OAKS BOULEVARD                            (i)   Owner
   SUITE 125                                           (ii)  Registration No.:   87-010
   Sacramento, CA 95825                                (iii) County:              Sacramento
   c. (916) 974-7421, FAX (916) 974-7442

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jan. 23, 2008

Judicial Council Form                       PROOF OF SERVICE            *(Jim Wardlow)*           hubbard.40650
Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS