1  LYNN HUBBARD, III (CA SBN 69773)
   SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, California 95926
   Telephone: 530-895-3252
4  Facsimile: 530-894-8244
   Lhubbard@hubslaw.com
5
   Attorneys for Plaintiff A. J. OLIVER
6
   RICK BERGSTROM (CA SBN 169594)
7  MORRISON & FOERSTER LLP
   12531 High Bluff Drive, Suite 100
8  San Diego, California 92130-2040
   Telephone: 858-720-5100
9  Facsimile: 858-720-5125
   RBergstrom@mofo.com
10
   Attorneys for Defendant MCDONALD'S CORPORATION
11

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

| 15 | A. J. OLIVER, | Case No.   08 CV 0083 WQH (BLM) |
|---|---|---|
| 16 | Plaintiff, | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| 17 | v. | |
| 18 | ARIZONA SCAROB, INC. dba McDONALD'S 7554; McDONALD'S CORPORATION, | |
| 19 | Defendants. | |

---

                                                    1                    Case No. 08 CV 0083 WQH (BLM)
                                                                JOINT MOTION FOR EXTENSION OF TIME
sd-411504

1  **PLEASE TAKE NOTICE** that plaintiff A.J. Oliver ("plaintiff") and defendant
2  McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing
3  defendant an extension of time in which to file a responsive pleading to plaintiffs' Complaint to
4  and including April 2, 2008.

5  Said extension of time is supported by good cause in that the parties are in the process of
6  settling this matter and request the additional time to complete the settlement process.

7  Dated: February 28, 2008                           DISABLED ADVOCACY GROUP, APLC

9                                                    s/Lynn Hubbard, III
                                                     Attorneys for Plaintiff
10                                                   A. J. Oliver
                                                     E-mail: lhubbard@hubslaw.com

12 Dated: February 28, 2008                          MORRISON & FOERSTER

14                                                   s/Rick Bergstrom
                                                     Attorneys for Defendant
15                                                   McDonald's Corporation
                                                     E-mail: Rbergstrom@mofo.com