1  RICK BERGSTROM (CA SBN 169594)
    MORRISON & FOERSTER LLP
2  12531 High Bluff Drive, Suite 100
    San Diego, California  92130-2040
3  Telephone: 858-720-5100
    Facsimile: 858-720-5125
4  RBergstrom@mofo.com

5  Attorneys for Defendant
    MCDONALD'S CORPORATION

6

7

8               UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  A. J. OLIVER,                  Case No.    08 CV 0083 WQH (BLM)

12           Plaintiff,         **PROOF OF SERVICE**

13       v.

14  ARIZONA SCAROB, INC. dba McDONALD'S
    7554; McDONALD'S CORPORATION,

15           Defendants.

16

17      I, Rick Bergstrom, declare:

18      I am employed in the City and County of San Diego, California.  I am over the age of 18

19  years and not a party to the within action.  My business address is 12531 High Bluff Drive, Suite

20  100, San Diego, CA  92130.

21      On February 28, 2008 I caused the following documents to be served:

22

23  **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
    MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO
    PLAINTIFFS' COMPLAINT**

24

25

26  **On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF
    system under the above-referenced case caption and number, including the parties
27  identified below.**

28

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
Disabled Advocacy Group APLC
12 Williamsburg Lane
Chico, CA 95926
Tel: 530-895-3252
Fax: 530-894-8244
Attorneys for Plaintiff Chris Kohler

**In the following manner:**

_____(BY UNITED PARCEL SERVICE)  I placed each such sealed envelope, to be collected at Morrison & Foerster, San Diego, California, following ordinary business practices.  I am familiar with the practice of Morrison & Foerster for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

_____(BY PERSONAL SERVICE)  I caused such envelope to be personally served through World Wide Attorney Service, whose address is 701 B Street, Suite 324, San Diego, CA  92101.  Proof of personal service will be filed upon receipt.

_____(BY MAIL)  I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California, following ordinary business practices.  I am familiar with the practice of Morrison & Foerster for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____(BY FACSIMILE)  Pursuant to agreement of counsel, I transmitted the above documents by facsimile to the referenced facsimile number(s).

__X__(BY NOTICE OF ELECTRONIC FILING)  I delivered a true copy of the above-referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee(s) listed above.

I declare under penalty of perjury under the laws of the State of California that this declaration was signed on February 28, 2008 at San Diego, California.

s/Rick Bergstrom_____