Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| A.J. Oliver, | Case No. 08cv0083 WQH (BLM) |
|---|---|
| Plaintiff, | |
| vs. | **Notice of Settlement** |
| Arizona Scarob, Inc., et al., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Oliver v. Arizona Scarob, Inc.., et al.,* Case No. 08cv0083 WQH (BLM), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: April 2, 2008          DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, Esquire          /
LYNN HUBBARD, III
Attorney for Plaintiff

*Oliver v. Arizona Scarob, Inc.*, et al., 08cv0083 WQH (BLM)
Notice of Settlement

Page 1