LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN, 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJ OLIVER, | Case No. 08cv0083 WQH (BLM) |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ARIZONA SCAROB, INC. et al,, | |
| Defendants. / | |

1  TO THE COURT AND ALL PARTIES:

2      Plaintiff, A.J. OLIVER, hereby requests that purusant to FRCP 41 (a)(1), the
3  Court dismiss the above entitled action, with prejudice, as to all parties.
4      This shall dismiss this action in its entirety.

6  Dated: April 3, 2008                    DISABLED ADVOCACY GROUP, APLC

8   /s/ Lynn Hubbard, III
    LYNN HUBBARD, III
    Attorney for Plaintiff

Notice of Voluntary Dismissal                            *Oliver v. Arizona Scarob, Inc., et al.*
- 2 -                                                     08cv0083 WQH (BLM)